# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE, ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 14-215 DWF |
| Eric Childs, Defendant. | Date: July 10, 2014 |
| | Court Reporter: Jeanne Anderson |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| | Time Commenced: 3:50 p.m. |
| | Time Concluded: 4:39 p.m. |
| | Sealed Hearing Time: |
| | Time in Court: 49 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:    Lola Velazquez-Aguilu
    For Defendant:    Philip Leavenworth    ☒ CJA Appointed

PROCEEDINGS:
    ☒ **Arraignment** on ☒ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☒ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count(s): 1 of the Information
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☒ Bond set; written order to issue.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                               s/B. Schaffer
                                                               Courtroom Deputy